# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Zhiwar Ismail, | Case No. 25-cv-3447 (JMB/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| Moorhead Police Dept., | |
| Respondent. | |

This matter is before the Court on a Report and Recommendation issued by Magistrate Judge Shannon G. Elkins (R&R). (Doc. No. 3.) The R&R recommends denial of the habeas petition. Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of any timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (Doc. No. 3) is ADOPTED;

2. The petition for a writ of habeas corpus (Doc. No. 1) is DENIED.

3. Ismail's application to proceed in forma pauperis (Doc. No. 2) is DENIED.

5. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 6, 2025                         /s/ *Jeffrey M. Bryan*
                                                Judge Jeffrey M. Bryan
                                                United States District Court